```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                 NORTHERN DISTRICT OF OKLAHOMA
```

(1)  MARILYN ANN PHILLIPS,      )
                                )
           Plaintiff,           )
                                )
-vs-                            )    No. 17-CV-547-JHP-JFJ
                                )
(1)  FARMERS INSURANCE          )
COMPANY, INC.,                  )
                                )
           Defendant.           )

## DEFENDANT'S EXHIBIT LIST (PRELIMINARY)

COMES NOW the Defendant, Farmers Insurance Company, Inc., and submits its list of Exhibits pursuant to the Court's Scheduling Order.

1. Med Center Records of 08-27-2012;

2. Tulsa Neurospine records;

3. Warren Clinic records;

4. St. Francis Hospital MRI, cervical spine report and films of 04-26-2013;

5. St. Francis Hospital physical therapy records;

6. St. Francis Hospital EMG report of 08-07-2013;

7. St. Francis Hospital cervical x-ray report and films of 07-25-2013;

8. Envision Imaging cervical MRI report and films of 05-20-2015;

9. Envision Imaging cervical x-rays an films of 05-20-2015;

10. Transcript of examination under oath of Marilyn Phillips taken 12-23-2015;

11. Neurological Center of Oklahoma EMG report of 08-17-2015;

12. St. Francis Hospital records;

13. Oklahoma Surgical Hospital records;

14. Tulsa Bone and Joint Associates records;

15. Records of the Eye Institute;

16. Records of Surgery Works;

17. Records of Ophthalmology Consultants;

18. Records of Pinnacle Speciality Hospital;

19. Records of Tulsa Dermatology Clinic;

20. Records of Union Pine Surgery Center;

21. CV of James Phillip Hutton, M.D.;

22. *Case Control Study of the Effect of Mechanical Trauma on the Risk of Herpes Zoster* by S.L. Thomas, J.G. Wheeler and Andrew J. Hall, published in the *British Journal of Medicine* on January 23, 2004;

23. *Association of Physical Trauma With Risk of Herpes Zoster Among Medicare Beneficiaries in the United States*, by John X. Zhang, et al., published in the *Journal of Infectious Diseases* in 2013;

24. *Psychological Stress As A Trigger For Herpes Zoster: Might The Conventional Wisdom Be Wrong?*, by Rafael Harpaz, et al., published in *Clinical Infectious Diseases*, in 2015;

25. Materials relied upon by expert witnesses;

26. Materials identified in discovery;

27. Exhibits listed by Plaintiff not objected to by Defendant.

        Respectfully submitted,

        TAYLOR, RYAN, MINTON. &, VAN DALSEM, P.C.

        BY s/Robert Taylor
          ROBERT TAYLOR - OBA #8879
          Suite 1080 Boulder Towers
          1437 S. Boulder Ave.
          Tulsa, OK  74119-3640
          (918) 749-5566

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 25th day of April, 2018, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anthony M. Laizure
tlaizure@laizurelaw.com

                               s/Robert Taylor
                               ROBERT TAYLOR

blc