```
             IN THE UNITED STATES DISTRICT COURT FOR THE
                    NORTHERN DISTRICT OF OKLAHOMA
```

(1)  MARILYN ANN PHILLIPS,          )
                                    )
           Plaintiff,               )
                                    )
-vs-                                )      No. 17-CV-547-JHP-JFJ
                                    )
(1)  FARMERS INSURANCE              )
COMPANY, INC.,                      )
                                    )
           Defendant.               )

**<u>DEFENDANT'S WITNESS LIST (PRELIMINARY)</u>**

COMES NOW the Defendant, Farmers Insurance Company, Inc., and submits its list of Witnesses pursuant to the Court's Scheduling Order.

1. Marilyn Phillips, c/o Tony Laizure, Laizure Law, PLLC, 2120 East 15th Street, Tulsa, OK 74104; 918-749-0749. Ms. Phillips will testify as to the issues in this case.

2. Kenny Phillips, c/o Laizure Law, PLLC, 2120 East 15th Street, Tulsa, OK 74104; 918-749-0749. Mr. Phillips will testify in regard to the issues in this case.

3. James A. Rodgers, M.D., 6560 South Yale, #709, Tulsa, OK 74136; 918-481-4965. Dr. Rodgers will testify in regard to his treatment of the plaintiff and opinions regarding causation.

4. David Mokhtee, M.D., c/o Tulsa Bone & Joint Associates, 4802 South 109th East Avenue, Tulsa, OK 74146; 918-392-1400. Dr. Mokhtee will testify in regard to his treatment of the plaintiff.

5. James P. Hutton, M.D., 1923 South Utica Avenue, Tulsa, OK 74104; 918-744-3424. Dr. Hutton, a retained expert witness, will provide opinions of whether the plaintiff's shingles condition and complications involving her eye were caused by the automobile accident, and whether the related medical treatment and related bills were caused by the accident.

6. Stephen G. Fincher, M.D., c/o Warren Clinic, 6465 South Yale, Suite 704, Tulsa, OK 74136; 918-502-4250.  Dr.

Fincher will testify in regard to the plaintiff's medical history and treatment at the Warren Clinic and physical therapy received at St. Francis Hospital Physical Therapy.

7. J. Matthew Roberts, D.O., c/o The Eye Institute, 1717 South Utica, Suite 103, Tulsa, OK 74104; 918-743-2319. Dr. Roberts is expected to testify in regard to the plaintiff's treatment at The Eye Institute.

8. John A. Saurino, D.O., c/o Surgery Works, 220 West 71st Street, Tulsa, OK 74132; 918-747-7799. Dr. Saurino is expected to testify in regard to his treatment of the plaintiff.

9. Dr. Anthony Economou, c/o Pinnacle Specialty Hospital, 2408 East 81st Street, Suite 600, Tulsa, OK 74137; 918-392-2740. Dr. Economou is expected to testify in regard to his treatment of the plaintiff.

10. Physician at Access Medical Center (formerly Urgent Care), 2929 South Garnet Road, Tulsa, OK 74129; 918-665-1520. The physician from Urgent Care will testify in regard to the plaintiff's medical history and treatment at Urgent Care.

11. Witnesses identified in further discovery.

12. Witnesses listed by the Plaintiff, not objected to by the Defendant.

Respectfully submitted,

TAYLOR, RYAN, MINTON. &, VAN DALSEM, P.C.

BY s/Robert Taylor
ROBERT TAYLOR - OBA #8879
Suite 1080 Boulder Towers
1437 S. Boulder Ave.
Tulsa, OK  74119-3640
(918) 749-5566

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of April, 2018, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anthony M. Laizure
tlaizure@laizurelaw.com

                                        s/Robert Taylor
                                        ROBERT TAYLOR

blc