IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARILYN PHILLILPS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 17-CV-547-JHP-JFJ |
| v. | ) | |
| | ) | Judge James H. Payne |
| FARMERS INSURANCE COMPANY, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S FINAL WITNESS LIST**

Comes now the Plaintiff, Marilyn Phillips, and for her Final Witness List, provides the following:

**WITNESSES**

| No. | Name | Proposed Testimony |
|---|---|---|
| 1. | Marilyn Phillips<br>℅ Laizure Law, PLLC<br>2120 E. 15th Street<br>Tulsa, OK 74104 | All matters covered in her sworn statement and deposition; facts of case; injuries; damages. |
| 2. | Kenney Phillips<br>℅ Laizure Law, PLLC<br>2120 E. 15th Street<br>Tulsa, OK 74104 | Nature and extent of Mrs. Phillips' injuries. |
| 3. | Mindy Phillips | Nature and extent of Mrs. Phillips' injuries. |
| 4. | Patrol Officer Aaron J. Daniels | Investigation of the wreck |
| 5. | Elizabeth Suzanne Wallis | Witness to the wreck; what she saw and heard at the scene |
| 6. | Representative of Farmers Insurance | Marilyn is an insured; paid premiums; policy in force and effect; never bounced a check; timely reported wreck; not faking her injuries; nature and extent of injuries; contents of claims file; evaluation of the claim |
| 7. | Dr. Jeff Fox, treating orthopedic surgeon | Medical history, treatment, examination, diagnosis, prognosis, cause of injury, nature and extent of injury all per his medical records |
| 8. | Dr. David Mokhtee, treating orthopedic surgeon | Medical history, treatment, examination, diagnosis, prognosis, cause of injury, nature and extent of injury all per his medical records |
| 9. | Dr. Anthony Economou, treating | Medical history, treatment, examination, diagnosis, |

|     |                                         |                                                                                                                                                                  |
| --- | --------------------------------------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | eye doctor                              | prognosis, cause of injury, nature and extent of injury all per his medical records                                                                              |
| 10. | Dr. Richard Hastings, expert medical witness | Medical history, treatment, examination, diagnosis, prognosis, cause of injury, nature and extent of injury all per his reports; future medical treatment and cost of same |
| 11. | Will Clark, economist (if needed)       | Present value of cost of future medical treatment                                                                                                                |
| 12. | Jeannie Mores, massage therapist        | Injuries to Marilyn; treatment provided                                                                                                                          |
| 13. | Diane Rooker,                           | Facts of the wreck and her activities before, during and after                                                                                                   |
| 14. | All defense witnesses                   |                                                                                                                                                                  |
| 15. | Rebuttal witnesses as needed            |                                                                                                                                                                  |

Respectfully Submitted:

By:   s/Anthony M. Laizure
Anthony M. Laizure, OBA # 5170
Laizure Law, PLLC
2120 East 15th Street
Tulsa, OK 74104
Phone: (918)749-0749
Fax: (918)518-7250
E-mail: TLaizure@LaizureLaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 25th day of April, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert Taylor, Esq.
Taylor, Ryan, Minton, Van Dalsem, PC
1080 Boulder Towers
1437 S. Boulder Ave.
Tulsa, OK  74119
rtaylor@trsvlaw.com
*Attorney for Defendant Farmers Ins. Co., Inc.*

s/Anthony M. Laizure
Anthony M. Laizure