IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

MARILYN PHILLILPS,              )

                               )

          **Plaintiff,**        )

                               )     **Case No. 17-CV-547-JHP-JFJ**

**v.**                           )

                               )     **Judge James H. Payne**

**FARMERS INSURANCE**    )

**COMPANY, INC.,**         )

                               )

          **Defendant.**    )

### PLAINTIFF'S FINAL EXHIBIT LIST

Comes now the Plaintiff, Marilyn Phillips, and for her Final Exhibit List, provides the following:

### EXHIBITS

| No. | Description |
| --- | --- |
| 1. | Medical records from Dr. James Rodgers |
| 2. | Medical records from Central States Orthopedic Center and Dr. Jeff Fox |
| 3. | Medical records from Neurological Associates of Tulsa |
| 4. | Medical records from St. Francis Health System |
| 5. | Prescription records from Sam's Pharmacy |
| 6. | Medical records from Oklahoma Surgical Hospital |
| 7. | Medical records from Warren Clinic, Dr. Stephen Fincher and Alexandra Fifer |
| 8. | Medical records from Med Center |
| 9. | Medical records from St. Francis Health Zone |
| 10. | Medical records from Dr. Anthony Economou |
| 11. | Medical records from Dr. John Saurino and Surgery Works, PC |
| 12. | Medical records from Dr. Richard Hastings |
| 13. | Medical records from Dr. Christina Kendrick and Tulsa Dermatology Clinic, Inc. |
| 14. | Medical records from Pinnacle Specialty Hospital |
| 15. | Medical records from Dr. David Mokhtee and Tulsa Bone and Joint Associates |
| 16. | Medical records from Union Pines Surgery Center |
| 17. | Medical records and photos from Dr. J. Matthew Roberts and The Eye Institute |
| 18. | Medical records from Neurological Center of Oklahoma |
| 19. | Medical records from Associated Anesthesiologist |
| 20. | Medical records from Sooner Anesthesia Services |
| 21. | Medical records from Radiology Consultants |
| 22. | Medical records from Envision Imaging of Tulsa |
| 23. | Medical records from Otto Bock Orthopedic |

| 24. | Medical records from First Steps Orthopedics & Pros |
|-----|-----------------------------------------------------|
| 25. | Medical records from Regional Medical Laboratory |
| 26. | Medical records from St. Francis Outpatient Physical Therapy |
| 27. | Medical records from Physical Therapy of Tulsa |
| 28. | Prescription records from Saffa Compounding |
| 29. | Prescription records from GenScripts Pharmacy |
| 30. | Imaging records from Central States Orthopedic Center |
| 31. | Imaging records from Envision Imaging |
| 32. | Imaging records from St. Francis Outpatient |
| 33. | Imaging records from Tulsa Bone and Joint |
| 34. | Imaging records from Neurological Center of Oklahoma |
| 35. | Medical bills from Dr. James Rodgers |
| 36. | Medical bills from Central States Orthopedic Center and Dr. Jeff Fox |
| 37. | Medical bills from Neurological Associates of Tulsa |
| 38. | Medical bills from St. Francis Health System |
| 39. | Medical bills from Oklahoma Surgical Hospital |
| 40. | Medical bills from Warren Clinic, Dr. Stephen Fincher and Alexandra Fifer |
| 41. | Medical bills from Med Center |
| 42. | Medical bills from St. Francis Health Zone |
| 43. | Medical bills from Dr. Anthony Economou |
| 44. | Medical bills from Dr. John Saurino and Surgery Works, PC |
| 45. | Medical bills from Dr. Richard Hastings |
| 46. | Medical bills from Dr. Christina Kendrick and Tulsa Dermatology Clinic, Inc. |
| 47. | Medical bills from Pinnacle Specialty Hospital |
| 48. | Medical bills from Dr. David Mokhtee and Tulsa Bone and Joint Associates |
| 49. | Medical bills from Union Pines Surgery Center |
| 50. | Medical bills and photos from Dr. J. Matthew Roberts and The Eye Institute |
| 51. | Medical bills from Neurological Center of Oklahoma |
| 52. | Medical bills from Associated Anesthesiologist |
| 53. | Medical bills from Sooner Anesthesia Services |
| 54. | Medical bills from Radiology Consultants |
| 55. | Medical bills from Envision Imaging of Tulsa |
| 56. | Medical bills from Otto Bock Orthopedic |
| 57. | Medical bills from First Steps Orthopedics & Pros |
| 58. | Medical bills from Regional Medical Laboratory |
| 59. | Medical bills from St. Francis Outpatient Physical Therapy |
| 60. | Medical bills from Physical Therapy of Tulsa |
| 61. | Photos of Plaintiff's right hand surgery – 6 photos |
| 62. | Photos of Plaintiff's left hand surgery – 8 photos |
| 63. | Photos of Plaintiff's left shoulder surgery – 13 photos |
| 64. | Photos of Plaintiff's right shoulder surgery – 4 photos |
| 65. | Photos of Plaintiff's eye surgery – 9 photos |
| 66. | Photos of Plaintiff's shingles – 12 photos |
| 67. | Photos of Plaintiff's vehicle – 2 photos |
| 68. | Police Report |

| 69. | Medical literature |
| 70. | Demonstrative exhibits and medical illustrations |
| 71. | Farmers Claims File |
| 72. | Deposition transcript of Dr. David Mokhtee |
| 73. | Deposition transcript of Dr. Jeff Fox |
| 74. | Deposition transcript of Dr. Anthony Economou |
| 75. | Defendant exhibits not objected to |

Respectfully Submitted:

By:    s/Anthony M. Laizure
Anthony M. Laizure, OBA # 5170
Laizure Law, PLLC
2120 East 15th Street
Tulsa, OK 74104
Phone: (918)749-0749
Fax: (918)518-7250
E-mail: TLaizure@LaizureLaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 25th day of April, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert Taylor, Esq.
Taylor, Ryan, Minton, Van Dalsem, PC
1080 Boulder Towers
1437 S. Boulder Ave.
Tulsa, OK  74119
rtaylor@trsvlaw.com
*Attorney for Defendant Farmers Ins. Co., Inc.*

s/Anthony M. Laizure
Anthony M. Laizure