**Recorded Interview of: Marilyn Phillips**  
**Claim No.: std1400919702**  
Date Of Interview: 9/5/2012  
Page 1

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[RD]= Recording Damage

Q: Omeeka Shorter [SP]  
A: Marilyn Phillips

Q: This is Omeeka Shorter with the Hanover Group and I am speakin' to Miss Marilyn Phillips regarding a recent accident involving her and her vehicle. Today's date is September the 5th, 2012 and it is approximately 9:39 a.m. Ma'am, do you realize I'm recordin' this conversation with your permission?

A: Yes.

Q: Please state your full name for the recording.

A: Marilyn Ann Phillips.

Q: And I have your address as 13217 East 40th Place in Tulsa . . .

A: Yeah.

Q: . . . Oklahoma?

A: Yep.

Q: OK. And the date of the accident, can you confirm the date and time for me?

A: Uh, August the 27th and I believe it was around 1:30, 1:45.

Q: P.m.?

A: Yeah.

Q: Did you have any passengers with you?

A: Excuse me?

Q: Did you have you passengers with you?

A: No, I did not.

Q: And were you injured in the accident?

A: Uh, yes. I did go to the Urgent Care at, uh, 31st and Garnett.

**Allegis Transcript ID:** 1521552

PLAINTIFF'S EXHIBIT 2

**Recorded Interview of: Marilyn Phillips**  [SP] = Spelling
**Claim No.: std1400919702**  [SS] = Speaking Simultaneously
Date Of Interview: 9/5/2012  [RD]= Recording Damage
Page 2

Q: And what type of injuries did you sustain?

A: My arms and my neck and my head and just I felt very, very, yeah, bad.

Q: OK. And how are you feeling now?

A: Um, my arms are a little better. My head and eyes are iffy. I mean, I don't know if they're injured or, I mean, they just feel -- yeah, I don't know.

Q: OK. And can you confirm the weather conditions for me on the 27th?

A: It was clear.

Q: And what's the speed limit in the area?

A: Uh, 45.

Q: And what was your speed prior to the impact?

A: Um, you know, I was coming down to a, a stop at a red light.

Q: M'kay.

A: So, you know, it could have -- I don't know.

Q: Mm-hmm.

A: I don't know.

Q: Not a problem. And was there a police report filed?

A: Excuse me?

Q: Was there a police report filed at the scene?

A: I can't understand you.

Q: Was there a police report?

A: Oh, yes, there was. I'm sorry.

**Allegis Transcript ID:** 1521552

**Recorded Interview of: Marilyn Phillips**  
**Claim No.: std1400919702**  
Date Of Interview: 9/5/2012  
Page 3

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[RD] = Recording Damage

Q: Were there any tickets given?

A: Uh, I don't know. I did not receive one.

Q: And what street or highway were you guys travelin' on?

A: It was 121st, uh, actually traveling on Memorial Drive and I was entering the intersection at 121st.

Q: OK. Go ahead and tell me exactly what happened.

A: I -- there was a car in front of me at the intersection, at the light -- I was proceeding to stop and the lady behind me did not stop. I was hit and all I can remember is looking in my mirror, seeing her, you know, backed there coming towards me again and she hit me again. Then I proceeded and I kinda, like, I don't know, would you say bumper-carred the girl in front of me and damaged my front end also.

Q: OK. So you were struck in the rear by, um, the vehicle that was directly behind yours, correct?

A: Yeah.

Q: And you were pushed into the vehicle in front of yours?

A: Yes. And I tried to avoid her. I tried to -- and I had enough time to try to move my car out of her way so I wouldn't hit her.

Q: OK. And how did you try to avoid her?

A: I, I just took my (inaudible), I saw her car and I tried to j-, I just moved my steering wheel to the left a little.

Q: OK.

A: The officer wanted to know why I was sitting like that and I said, 'I tried to avoid hitting her.'

Q: OK. And how many times were you struck in the rear?

A: Twice.

Q: And were all of the vehicles driveable from the scene?

**Allegis Transcript ID:** 1521552

**Recorded Interview of:** Marilyn Phillips  
**Claim No.:** std1400919702  
**Date Of Interview:** 9/5/2012  
Page 4

[SP] = Spelling  
[SS] = Speaking Simultaneously  
[RD] = Recording Damage

A: Sh-, uh, the lady that struck me was not. The girl in front of me, yes. And I'm driving mine right now, not feeling very safe.

Q: M'kay. Bear with me one moment. And who are you currently insured with?

A: Uh, Farmers Insurance.

Q: And did you have anything else you would like to add to this statement pertaining to the details of the accident?

A: Uh, no, ma'am. I think that's good.

Q: OK. And just to confirm, you said you were struck in the rear twice. Um, how many times did you strike the vehicle in front of you?

A: Uh, I just -- one time. Just bumpered her, I mean. It damaged my car but not hers.

Q: OK. So was that third vehicle at the scene when the police arrived?

A: Yes, it was.

Q: OK. OK. Well, those are all the questions I have for you. Have you understood all of my questions and answered 'em all . . .

A: Mm . . .

Q: . . . truthfully and honestly?

A: . . . yes, ma'am.

Q: OK. The time is now 9:44 a.m. Please hold. I'm gonna go ahead and turn off the recorder.

A: Mm . . .

**Allegis Transcript ID:** 1521552