```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2

 3   MARILYN PHILLIPS,

 4           Plaintiff,

 5   vs                         No. 17-CV-547-JHP-JFJ

 6   FARMERS INSURANCE COMPANY,
     INC.,
 7
             Defendant.
 8

 9         VIDEOTAPED DEPOSITION OF JEFF FOX, M.D.
              Taken on Behalf of the Plaintiff
10         On May 1, 2018, beginning at 3:15 p.m.
                   In Tulsa, Oklahoma
11

12                      APPEARANCES

13   Appearing on behalf of the PLAINTIFF:

14   Anthony M. Laizure
     LAIZURE LAW, PLLC
15   1616 South Main
     Tulsa, Oklahoma 74119
16   918-749-0749
     tlaizure@laizurelaw.com
17

18   Appearing on behalf of the DEFENDANT:

19   Robert H. Taylor
     TAYLOR, RYAN, SCHMIDT, VAN DALSEM & WILLIAMS
20   1437 South Boulder, Suite 850
     Tulsa, Oklahoma 74119
21   918-749-5566
     rtaylor@trsvlaw.com
22

23

24
     VIDEOTAPED BY:  STESHA SNOW
25   REPORTED BY:  MARY K. BECKHAM, CSR, RPR
```

Professional Reporters
800.376.1006
www.proreporters.com



PLAINTIFF'S EXHIBIT 3

Page 34

1  Q  Well --
2  A  You're asking me to interpret this. I'm
3  asking, it's your record. I don't understand the
4  difference.
5  Q  Well, it's not my record, it's the
6  investigating officer's, but what he checked off was
7  no injury for injury severity, and then type, he
8  says the type is not applicable because there was
9  apparently no injury. Let me just ask you this,
10 Doctor, are those findings consistent with the
11 history you got from the patient that there was
12 immediate pain?
13 A  I don't know. I don't know how to
14 interpret this information.
15 Q  Okay.
16 A  It's not my level of expertise.
17    (Exhibit 2 marked for identification.)
18 Q  (BY MR. TAYLOR) All right. Let's go over
19 to Exhibit Number 2. I'll tell you that these are
20 records from Med Center, I think that's also
21 referred to as urgent care, on the date of this
22 accident August 27, 2012.
23 A  Yes.
24 Q  As far as the history given to the people
25 there at the Med Center, would you agree that it

Page 35

1  says that they wrote on that date that she was --
2  she said she was a restrained driver stopped at a
3  red light, saw accident coming, double hit to rear,
4  no airbag deployed, head to back of headrest, sore
5  to B biceps, and I'm assuming B means bilateral?
6  A  I would assume.
7  Q  That means both biceps; right?
8  A  Yes.
9  Q  X-rays were taken of the cervical spine.
10 Where it says C spine, that's cervical; isn't it?
11 A  C spine is cervical, yes.
12 Q  There were no x-rays of the shoulders that
13 day; were there?
14 A  Hang on. I've got to find -- correct.
15 Q  Then under the diagnosis, the finding was
16 bilateral biceps strain. What type of injury is
17 that?
18 A  Well, they're not specific. The biceps
19 starts here and it ends here, so in the shoulder it
20 would be in this region here (indicating).
21 Q  You did not find a tear of biceps tendon,
22 though; did you?
23 A  No.
24 Q  Is that true in both shoulders?
25 A  Correct. There was not.

Page 36

1  Q  All right. And then on the day of the
2  accident, the second diagnosis was cervical/thoracic
3  strain, and then the third diagnosis, elevated blood
4  pressure?
5  A  Yes.
6  Q  Is that how you would interpret that?
7  A  Yes.
8  Q  All right. There is no diagnosis in
9  regard to each shoulder; is there?
10 A  Well, the biceps strain is a shoulder
11 diagnosis if they're referring to her proximal
12 shoulder.
13 Q  All right. Is that record inconsistent
14 with the history you got from the patient that she
15 had immediate pain in the shoulders?
16 A  Well, I guess the ambiguity is this biceps
17 pain. You know, biceps pain here (indicating) is in
18 the shoulder, so if that was the pain they were
19 referring to then that would be consistent. If it
20 was biceps pain here (indicating), that would be
21 inconsistent.
22 Q  Okay. But you're saying high up, if the
23 pain was up in the shoulder it could be consistent?
24 A  Biceps is right here (indicating), yes.
25 Q  All right. Is the bicep not a little bit

Page 37

1  lower than that?
2  A  Well, the biceps starts dead center in the
3  shoulder attached to the superior labrum and comes
4  out of that labrum and comes down the front of the
5  shoulder and forms the biceps muscle.
6     (Exhibit 3 marked for identification.)
7  Q  (BY MR. TAYLOR) All right. Let me refer
8  you to Exhibit 3. I tell you this is a recorded
9  statement of Marilyn Phillips and it appears like
10 the date of interview was September 5, 2012.
11    MR. LAIZURE: Well, let me just interpose
12 an objection to the use of this document in this
13 deposition because it's not been authenticated or
14 verified. We have no idea whether this is accurate
15 and contains the entire statement given by
16 Ms. Phillips, but I've made my record.
17    You may proceed, Mr. Taylor.
18    MR. TAYLOR: Thank you.
19 Q  (BY MR. TAYLOR) Doctor, on the second page
20 of this recorded statement right at the top, a
21 question was asked Ms. Phillips, and, again, this is
22 on September 5, 2012, which I believe that would be
23 a little over a week after the accident. Question,
24 what type of injuries did you sustain; her answer,
25 my arms and my neck and my head and I just felt

Page 38

1  very, very, yeah, bad. Would you agree that
2  there's -- she's not saying she had pain in her
3  shoulders, would you agree with that?
4      A   She did not say shoulders.
5      Q   If an acute injury causes a torn rotator
6  cuff, how does that affect the range of motion of
7  the arm?
8      A   It would be diminished typically.
9      Q   Of course, you conducted the range of
10 motion test?
11     A   Yes.
12     Q   Did you find diminishment of the range of
13 motion?
14     A   Two years later my exam -- you're asking
15 about acutely, now you're asking about my exam two
16 years later?
17     Q   Yes.
18     A   What's your question about that?
19     Q   Well, I asked if an acute injury causes a
20 tear of the rotator cuff would it diminish the range
21 of motion? And then my follow-up --
22     A   At that time, certainly.
23     Q   Okay.
24     A   You would expect that to.
25     Q   And then does that change over time

Page 39

1  without surgery?
2      A   It can.
3      Q   Can the rotator cuff heal without surgery?
4      A   It doesn't heal.
5      Q   What would cause --
6      A   But the motion came improve.
7      Q   What causes it to improve without surgery?
8      A   The other muscles compensate. As we
9  talked about your study, you have asymptomatic
10 patients with normal range of motion who have a torn
11 rotator cuff; right?
12     Q   Yes. Did you see any record anywhere that
13 indicated that she at any time had a diminished
14 range of motion?
15     A   I didn't see any record of range of
16 motion.
17     Q   In the case of an acute tear of the
18 rotator cuff are there any symptoms other than pain,
19 such as a snapping or loss of muscle power, what
20 symptoms would you expect to find?
21     A   In an acute tear you certainly could find
22 snapping. You could have decreased strength, I
23 assume you're talking about loss of power. You can
24 have crepitation noise in the shoulder, you can have
25 pain at night. It's pretty limitless. I can keep

Page 40

1  on going for quite a while.
2      Q   Based on your findings during both
3  surgeries she had at least a couple of different
4  tears; correct?
5      A   Two tendons, the infraspinatus and
6  supraspinatus that both attach at the top had tears
7  in them.
8      Q   All right. Considering her age, just
9  based on what you saw in surgery did it look to you
10 like this was the result of an acute injury or more
11 of an attritional change?
12     A   One couldn't tell. The surgery, I
13 believe, was two years after the injury; is that
14 accurate?
15     Q   Yes.
16     A   So it's not an acute surgical case. Now,
17 if I'd looked at that a week after the surg- --
18 after the injury I could answer that question. But
19 two years later, I can't tell.
20     Q   Can you tell by MRI?
21     A   You can tell -- sure, if an MRI was done
22 immediately after, then that could demonstrate
23 acuity.
24     Q   In this case you ordered the MRIs; is that
25 correct?

Page 41

1      A   I believe so.
2      Q   And those were -- there was one on each
3  shoulder, they were both in 2014.
4      A   Yes.
5      Q   So based on what I'm hearing from you, it
6  sounds like you cannot tell from what you see on the
7  films whether it is the result of an acute injury
8  versus an attritional problem.
9      A   I could not age this as far as saying was
10 the rotator cuff torn on that date or was it already
11 torn the day before her accident, no.
12     Q   You've seen patients in this age range of
13 Ms. Phillips who have had rotator cuff tears, and in
14 your opinion exist -- had them maybe for years
15 without symptoms?
16     A   Yes.
17     Q   And then at some point in time there's an
18 MRI that shows the evidence of a tear and you
19 operate; does that happen?
20     A   Well, there would be symptoms that led to
21 that MRI and then symptoms would lead to one having
22 a surgery.
23     Q   As I understand your records, I think you
24 told us that you discharged her on April 30, 2015 --
25 or maybe the term is you released her from your