Dr. David Mokhtee     5/3/2018     1 (1)

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT
 2

 3     MARILYN PHILLIPS,

 4             Plaintiff,

 5        - VS -                        Case No.:
                                        17-CV-547-JHP-JFJ
 6     FARMERS INSURANCE CO., INC.,

 7             Defendant.

 8

 9

10
           DEPOSITION OF DAVID MOKHTEE, MD., taken on
11     behalf of the Plaintiff, before Elise Grayson
       Cruchon, Certified Shorthand Reporter, at 4802 South
12     109th East Avenue, 2nd floor, Tulsa, Oklahoma, on
       the 3rd day of May, 2018, at 12:03 pm, pursuant to
13     stipulations of the parties.

14

15

16

17

18

19

20

21

22
                          REPORTED BY:
23              Elise Grayson Cruchon, CSR

24

25
```



PLAINTIFF'S EXHIBIT 4

**Page 34**

1  that point.
2  Q. All right.
3  A. Which would have put you about four months
4     after the accident.
5  Q. And that recorded statement was dated when; do
6     you recall that?
7  A. The recorded statement is from December 23rd,
8     2015.
9  Q. So that's three years after the accident?
10 A. Three years after. But -- So that's why I
11    went back and referenced the primary source,
12    to get a real time frame on that.
13 Q. Doctor, I'm going to hand you what has been
14    identified in another deposition as
15    Defendant's Exhibit No. 3.
16 A. Uh-huh.
17 Q. And this is a transcript of a recorded
18    statement of Ms. Phillips dated September 5th,
19    2012.
20       MR. LAIZURE: Like I did with
21    Dr. Fox's deposition, I'll object to that
22    because it's not been properly identified or
23    authenticated, and we have no idea whether or
24    not it's accurate.
25       You may go ahead and ask him about

**Page 35**

1  it, Bob. You may answer too, Doctor.
2  Q. (BY MR. TAYLOR) Doctor, this would be a
3     recorded interview of Ms. Phillips about a
4     week or so after the accident; would you agree
5     with that?
6  A. 9/5, the accident was so, yeah. Yes.
7  Q. And on the second page of that, right at the
8     top she's asked the question, What type of
9     injuries did you sustain? What was the answer
10    given?
11 A. My arms and my neck and my head and just I
12    felt very, very bad.
13 Q. Okay. Did she say anything there about any
14    trauma to her hands or any pain or symptoms of
15    the hands or wrists?
16 A. No.
17 Q. So then it's your understanding that she had
18    follow-up care -- or the next care was at the
19    Warren Clinic; is that correct?
20 A. I believe so, after Med Center.
21 Q. And you've had an opportunity to review those
22    records?
23 A. Yes.
24 Q. And what was the first encounter at the Warren
25    Clinic, the date of it?

**Page 36**

1  A. I have September 14th, 2012.
2  Q. And on that date, what were her complaints?
3  A. It says back pain and shoulder pain, but I
4     need to specify on the back pain, if they
5     really meant neck and upper cervical and
6     thoracic spine pain versus low back pain. It
7     seemed to me that this would be more cervical,
8     thoracic spine pain. Yeah, thoracic spine has
9     tenderness, cervical spine is tender,
10    shoulders are tender.
11 Q. What about hands and wrists?
12 A. It just says extremities. It doesn't say
13    anything about them.
14 Q. Is there any indication in this record of any
15    bruising or swelling in the hands?
16 A. No. It's unclear if they were ever even
17    examined, though.
18 Q. But you would agreed that there's no
19    indication of bruising or swelling in the
20    hands in this record?
21 A. Correct.
22 Q. If someone has their hands on a steering wheel
23    and the impact is severe enough to cause
24    trauma to the hands, that could very well
25    result in bruising of the hands?

**Page 37**

1  A. It could, not necessarily.
2  Q. Okay. As people get older, people into their
3     60s, are traumas to tissue more likely to
4     result in bruising than someone who's much
5     younger than that?
6  A. It depends on what medications they're on --
7     they are on. I think it's probably more
8     related to that than anything.
9  Q. What about high blood pressure?
10 A. It depends on what high blood pressure
11    medication it is. Usually when we think of
12    bruising, we're thinking of things like
13    aspirin or blood thinners, anti-platelet
14    medications used for heart disease,
15    perivascular disease.
16 Q. Well, what I'm really curious about is if
17    there's enough trauma to hands to result in
18    carpal tunnel syndrome, how common would it be
19    to expect there to be some swelling or
20    bruising of the hands after the trauma?
21 A. She may not have that much swelling. It may
22    be swelling along the flexor tendon. She's --
23    from forceful gripping. She may not have any
24    visible bruising. She may have a little
25    bit of bleeding into the soft tissue that you