IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

MARILYN ANN PHILLIPS, )
)
    Plaintiff, )
)
vs. )    Case No.  17-CV-547-JED-JFJ
)
FARMERS INSURANCE COMPANY, INC. )
)
    Defendant. )

## JOINT STIPULATIONS OF PLAINTIFF AND DEFENDANT

COME NOW the Plaintiff, Marilyn Phillips and the Defendant, Farmers Insurance Company Inc., and jointly submit the following stipulations.

A.    The tortfeasor, Dianne Rooker, had an insurance policy providing liability limits of $100,000, which has been paid to the Plaintiff.

B.    The insurance policies issued by Farmers Insurance Company, Inc. to the Plaintiff, Marilyn Phillips, provided total of $100,000,000 in UM/UIM coverage.  From that coverage, Farmers has paid $84,165 to Ms. Phillips, leaving $915,835 in available coverage.

C.    The parties stipulate that no comment or evidence will be introduced at trial in regard to the coverage and policy limits of the tortfeasor's insurance policy and the UM/UIM limits of the policies issued by Farmers Insurance Company, Inc. to the Plaintiff.

D.    The parties stipulate that there will be no comment or evidence introduced in regard to payment to the Plaintiff from the tortfeasor's insurance policy and from the UM/UIM coverage and the policies issued by Farmers Insurance Company, Inc. to the Plaintiff.

E.      The parties stipulate that to determine the amount of a judgment to be entered in favor of the Plaintiff and against the Defendant, the Court must first subtract $184,165 from the verdict, and must then apply a cap on damages in the amount of $915,835.

F.      The parties stipulate that the treatment Ms. Phillips received in 2018 from Tulsa Bone & Joint/David Mokhtee, M.D. was not related to the motor vehicle accident on August 27, 2012.

G.      The parties stipulate that there is an error in the deposition transcript of James Rodgers appearing on page 58 at line 6. The court reporter wrote the word "but", where he should have written the word "that".

                    **Respectfully submitted,**


                    s/ Robert H. Taylor
                    Robert H. Taylor, OBA #8879
                    Steidley & Neal, P.L.L.C.
                    rht@steidley-neal.com
                    CityPlex Towers, 53rd Floor
                    2448 East 81st Street
                    Tulsa, OK 74137
                    918-664-4612 telephone
                    918-664-4133 facsimile
                    *Attorney for Defendant*


                    s/ Anthony M. Laizure
                    Anthony M. Laizure, OBA #5170
                    Tlaizure@laizurelaw.com
                    Laizure Law, PLLC
                    1616 S. Main Street
                    Tulsa, OK 74119
                    918-749-0749 telephone
                    918-518-7250 facsimile
                    *Attorney for Plaintiff*

                              2