## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARILYN PHILLILPS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 17-CV-547-JED-JFJ** |
| | ) | |
| FARMERS INSURANCE | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S SUPPLMENTAL REQUESTED JURY INSTRUCTIONS

The Plaintiff submits the following supplemental requested jury instruction. The purpose of the supplemental instruction is to tell the jury that the parties have agreed on certain facts and that the jury should consider those facts as true.  The facts in question are admitted in Par. III of the Pretrial Order [Doc. 56].  Some of the facts do not need to be revealed to the jury but some do.

Plaintiff proposes the requested instruction be given after the Court gives the "Issues in the Case" Instruction.

Respectfully Submitted:

By:    s/Anthony M. Laizure
Anthony M. Laizure, OBA # 5170
Laizure Law, PLLC
1616 S. Main Street
Tulsa, OK 74119
Phone: (918)749-0749
Fax: (918)518-7250
E-mail: TLaizure@LaizureLaw.com
*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned does hereby certify that on the 9th day of May, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert Taylor
Steidley & Neal, PLLC
CityPlex Towers, 53rd Floor
2448 E. 81st Street
Tulsa, OK  74137
Email: rht@steidley-neal.com
*Attorney for Defendant*

s/Anthony M. Laizure
Anthony M. Laizure

## **PLAINTIFF'S SUPPLEMENTAL REQUESTED JURY INSTRUCTION NO. 8**

The parties agree to the following facts.  You are instructed to consider these facts as true.  These facts have the same force and effect as other evidence and testimony in the case.

1.      On May 27, 2012, Plaintiff Marilyn Phillips was a named insured on two automobile policies issued by Defendant Farmers Insurance Company, Inc.

2.      The policies were in full force and effect on August 27, 2012.

3.      The other driver in the wreck, Diane Rooker, is 100% at fault for the August 27, 2012 wreck.

4.      The Plaintiff Marilyn Phillips' claim is worth at least $184,165.00.