IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MARILYN PHILLILPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 17-CV-547-JED-JFJ |
| | ) | |
| **FARMERS INSURANCE** | ) | |
| **COMPANY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR STIPULATION**

The Plaintiff objects to the Defendant's Motion for Stipulation because it is not accurate. The Plaintiff has not stipulated that the splints that she wears do not help her cope with injuries she claims are related to the August 27, 2012 wreck. Ms. Phillips testified in her recent deposition that she wears the splints (she called them braces) because her hands bother her when she plants her flowers. ***Ex. 1, Depo Marilyn Phillips, p. 14, ll. 22-25.*** Therefore, Plaintiff cannot stipulate that the use of her braces is not related to the accident of August 27, 2012. The jury can hear Plaintiff's testimony about the braces and weigh it against the testimony of the doctors and decide what weight, if any, to give to her testimony on that issue.

Respectfully Submitted:

By: s/Anthony M. Laizure
Anthony M. Laizure, OBA # 5170
Laizure Law, PLLC
1616 S. Main Street
Tulsa, OK 74119
Phone: (918)749-0749
Fax: (918)518-7250
E-mail: TLaizure@LaizureLaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on the 17th day of May, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert Taylor
Steidley & Neal, PLLC
CityPlex Towers, 53rd Floor
2448 E. 81st Street
Tulsa, OK  74137
Email: rht@steidley-neal.com
*Attorney for Defendant*

                                        s/Anthony M. Laizure
                                        Anthony M. Laizure