IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARILYN ANN PHILLIPS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-CV-547-JED-JFJ |
| FARMERS INSURANCE COMPANY, INC., | ) |
| Defendants. | ) |

## ORDER

The parties' objections to deposition designations are granted in part and denied in part, as set forth below:

**Deposition of Mindy Phillips**

| Defendant's Objections to Plaintiff's Designations | Court's Ruling on Objection |
|---|---|
| Page 9, lines 6-25 | Overruled |
| Page 10, lines 1-18 | Overruled |
| **Plaintiff's Objections to Defendant's Counter-Designations** | |
| Page 12, lines 1-18, 23-25 | Sustained |
| Page 13, lines 1-3, 9-13, 15-16 | Sustained |
| Page 16, lines 16-19 | Sustained |

**Deposition of James Rodgers, M.D.**

| Defendant's Objections to Plaintiff's Counter-Designations | Court's Ruling on Objection |
|---|---|
| Page 45, lines 23 through Page 47, line 2 | Sustained |

**Deposition of David Mokhtee, M.D.**

| Plaintiff's Objections to<br>Defendant's Counter-Designations | Court's Ruling on Objection |
|---|---|
| Page 40 | Overruled |

SO ORDERED this 18th day of June, 2019.

JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT