# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARILYN PHILLILPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-CV-547-JED-JFJ |
| ) | |
| FARMERS INSURANCE ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S SECOND SUPPLEMENTAL REQUESTED JURY INSTRUCTIONS

The Plaintiff submits the following supplemental requested jury instruction. The purpose of the supplemental instruction is to tell the jury the life expectancy of the Plaintiff.

Plaintiff proposes the requested instruction be given after the Court gives the "Issues in the Case" Instruction.

Respectfully Submitted:

By: s/Anthony M. Laizure
Anthony M. Laizure, OBA # 5170
Laizure Law, PLLC
1616 S. Main Street
Tulsa, OK 74119
Phone: (918)749-0749
Fax: (918)518-7250
E-mail: TLaizure@LaizureLaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that on the 19th day of June, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert Taylor
Steidley & Neal, PLLC
CityPlex Towers, 53rd Floor
2448 E. 81st Street
Tulsa, OK  74137
Email: rht@steidley-neal.com
*Attorney for Defendant*

                 s/Anthony M. Laizure
                 Anthony M. Laizure

## PLAINTIFF'S SUPPLEMENTAL REQUESTED JURY INSTRUCTION NO. 9

According to life expectancy tables, the life expectancy of a female person of the age of 66 years is 86.8 years. This figure is not conclusive. It is the average life expectancy of persons who have reached that age. This figure may be considered by you in connection with other evidence relating to the probable life expectancy of Plaintiff, including evidence of her occupation, health, habits and other activities.