IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

MARILYN ANN PHILLIPS, )
)
Plaintiff, )
) Case No. 17-CV-547-JED-JFJ
v. )
)
FARMERS INSURANCE COMPANY, INC., )
)
Defendant. )

## VERDICT FORM

We, the jury, empaneled and sworn in the above-entitled case, do, upon our oaths, fix the dollar amount of plaintiff's damages in the sum of $ _237,500.00_.

_____
FOREPERSON