IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARILYN ANN PHILLIPS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-CV-547-JED-JFJ ) |
| FARMERS INSURANCE COMPANY, INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the jury's verdict fixing plaintiff's damages in the amount of $237,500.00 (Doc. 88) and the parties' stipulation that "the Court must first subtract $184,165.00 from the verdict" (Doc. 54), final judgment is hereby entered in favor of the plaintiff, Marilyn Ann Phillips, and against the defendant, Farmers Insurance Company, Inc., in the amount of $53,335.00. The total award shall accrue post-judgment interest at the rate of 1.98% per year pursuant to 28 U.S.C. § 1961.

DATED this 25th day of June, 2019.

JOHN E. DOWDELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT