IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARILYN ANN PHILLIPS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-CV-547-JED-JFJ |
| FARMERS INSURANCE COMPANY, INC. | ) |
| Defendant. | ) |

### RELEASE AND SATISFACTION OF JUDGMENT

**COMES NOW** the Plaintiff, Marilyn Ann Phillips, and hereby acknowledges receipt of $53,335.00, plus interest and costs, in satisfaction of the judgment entered on June 25, 2019 in favor of the Plaintiff and against the Defendant, Farmers Insurance Company, Inc.

Wherefore, the Plaintiff hereby releases, acquits, and forever discharges Defendant Farmers Insurance Company, Inc., and its successors from any and all liability thereon; and directs the Clerk of this Court to show said Judgement released and discharged of record.

_____
Marilyn Ann Phillips

**Respectfully submitted,**

LAIZURE LAW, P.L.L.C.

By: _____
Anthony M. Laizure, OBA #5170
tlaizure@laizurelaw.com
1616 S. Main Street
Tulsa, Oklahoma 74119
918-749-0749 telephone
918-518-7250 facsimile
*Attorney for Plainitff*

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 17 day of September, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert Taylor

Anthony M. Laizure